THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUREKA! PET FOOD, INC., a Florida Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ROSS-WELLS, INC., a Wisconsin Corporation,<br><br>    Defendant. | No. 2:18-cv-00252-MJP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 9, 2018** |

## I.    STIPULATION

1. Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Rule LCR 15, the parties to this action stipulate that Plaintiff may file a Second Amended Complaint, a copy of which is attached as **Exhibit A**. A redline copy of the proposed Second Amended Complaint showing the changes made is attached as **Exhibit B**.

2. Pursuant to Local Civil Rule 15, if the order for leave to amend is granted, Plaintiff must file the Second Amended Complaint within fourteen (14) days of the filing of the Order granting leave to amend.

3. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendant's response to the Second Amended Complaint will be due within fourteen (14) days after Plaintiff's filing of the Second Amended Complaint.

Dated this 9th day of August, 2018.

O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.

By  /s/ Patrick McBride
Patrick McBride
Laura Lavey
(Pro Hac Vice)
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
(414) 276-5000
Patrick.Mcbride@wilaw.com
Laura.Lavey@wilaw.com

HILLIS CLARK MARTIN & PETERSON P.S.

By  /s/ Mary C. Peterson
Eric D. Lansverk, WSBA #17218
Mary Crego Peterson, WSBA #31593
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
E-mail: eric.lansverk@hcmp.com
mary.peterson@hcmp.com

Attorneys for Plaintiff

YARMUTH WILSDON PLLC

By  /s/ Molly A. Terwilliger
Diana S. Breaux, WSBA No. 46112
Molly A. Terwilliger, WSBA No. 28449
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: 206.526.3800
Fax: 206.516.3888
Email: dbreaux@yarmuth.com
Email: mterwilliger@yarmuth.com

Attorneys for Defendant

## II. ORDER

It is so Ordered.

DATED this 29th day of August, 2018.

HONORABLE MARSHA J. PECHMAN
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on 9th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Diana S Breaux**
  dbreaux@yarmuth.com, vskoulis@yarmuth.com
- **Molly A Terwilliger**
  mterwilliger@yarmuth.com,sstephens@yarmuth.com,cleigland@yarmuth.com

DATED this 9th day of August, 2018, at Seattle, Washington.

/s/ Mary C. Peterson
Mary Crego Peterson
HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Attorneys for Plaintiff

ND: 22649.002 4816-9830-1295v1