THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUREKA! PET FOOD, INC., a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSS-WELLS, INC., a Wisconsin Corporation,<br><br>Defendant. | No. 2:18-cv-00252-MJP<br><br>**STIPULATION AND** ~~██████~~ **ORDER TO MODIFY SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**[SAME DATE AS FILING]** |

## I.   STIPULATION

1.   Pursuant to Fed. R. Civ. P. 16 and Local Rule LCR 16(b)(5), the parties request an extension of thirty days to the deadline for the parties to exchange their expert witness reports, to November 14, 2018.

2.   This extension is requested due to the need for additional written discovery to be provided by Defendant before an expert witness report can be prepared on Plaintiff's behalf. Plaintiff has agreed to allow Defendant additional time to provide these responses, and Defendant agreed to this requested extension of the expert disclosure deadline, to allow both parties the time needed to obtain the necessary information.

---

*Stipulation and* ~~██████~~ *Order to Modify Scheduling Order: NO 2:18-CV-00252-MJP - 1*

O'NEIL, CANNON, HOLLMAN, DEJONG &
LAING S.C.
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Tel: (414) 276-5000

3. None of the other deadlines in this case will be impacted by this extension.

4. Accordingly, the parties jointly request that the deadline currently provided in the Order Setting Trial Date & Related Dates (ECF No. 19) for the parties to exchange expert witness reports be extended to November 14, 2018.

Dated this 12th day of October, 2018.

O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.

By  /s/ Laura J. Lavey
    Patrick G. McBride
    Laura J. Lavey
    (Pro Hac Vice)
    111 E. Wisconsin Avenue, Suite 1400
    Milwaukee, WI 53202
    (414) 276-5000
    Email: Patrick.Mcbride@wilaw.com
    Email: Laura.Lavey@wilaw.com

HILLIS CLARK MARTIN & PETERSON P.S.

By  /s/ Mary Crego Peterson
    Eric D. Lansverk, WSBA #17218
    Mary Crego Peterson, WSBA #31593
    999 Third Avenue, Suite 4600
    Seattle, WA  98104
    Tel: (206) 623-1745
    Fax: (206) 623-7789
    E-mail:  eric.lansverk@hcmp.com
    mary.peterson@hcmp.com

Attorneys for Plaintiff

YARMUTH WILSDON PLLC

By  /s/ Molly A. Terwilliger
    Diana S. Breaux, WSBA No. 46112
    Molly A. Terwilliger, WSBA No. 28449
    1420 Fifth Avenue, Suite 1400
    Seattle, WA 98101
    Phone: 206.526.3800
    Fax: 206.516.3888
    Email: dbreaux@yarmuth.com
    Email: mterwilliger@yarmuth.com

Attorneys for Defendant

## II.  ORDER

It is so Ordered.

DATED this 15th day of Oct., 2018.

_____
HONORABLE MARSHA J. PECHMAN
United States District Judge

*Stipulation and [Proposed] Order to Modify Scheduling Order: NO 2:18-CV-00252-MJP - 2*

O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI  53202
Tel: (414) 276-5000

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Diana S Breaux**
  dbreaux@yarmuth.com
- **Molly A Terwilliger**
  mterwilliger@yarmuth.com,sstephens@yarmuth.com,cleigland@yarmuth.com

DATED this 12th day of October, 2018, at Milwaukee, Wisconsin.

/s/ Laura J. Lavey
Laura J. Lavey
*(Pro Hac Vice)*
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
(414) 276-5000
Email: Laura.Lavey@wilaw.com

Attorneys for Plaintiff

---

*Stipulation and* ███████ *Order to Modify Scheduling Order: NO 2:18-CV-00252-MJP - 3*

O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Tel: (414) 276-5000