UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUREKA! PET FOOD INC,<br><br>                Plaintiff,<br><br>   v.<br><br>ROSS-WELLS INC,<br><br>               Defendant. | CASE NO. C18-252 MJP<br><br>ORDER ON DEFENDANT'S MOTIONS IN LIMINE |

The above-entitled Court, having received and reviewed Defendant's Motions in Limine (Dkt. No. 53) and Plaintiff's response thereto (Dkt. No. 59), all attached exhibits and declarations as well as relevant portions of the record, rules as follows:

**Motion in Limine No. 1 to Exclude Evidence of Lost Revenue, Sales, or Profits:** PARTIALLY GRANTED insofar as it applies to the dismissed claims of deceptive trade practices and tortious interference with a business expectancy. PARTIALLY DENIED as to any evidence regarding lost revenue, sales, or profits which has already been produced by either side related to Plaintiff's remaining claim of trademark infringement.

**Motion in Limine No. 2 to Exclude Lanny Viegut and Any Other Carnivore Witness Not identified on Plaintiff's Initial Disclosure:** GRANTED, as Plaintiff failed to identify Lanny Viegut or any other witness from Carnivore Meat Company as potential witnesses in this matter.

**Motion in Limine No. 3 to Limit the Scope of Rhonda and Joel Hobgood's Testimony Related to Eureka's Product Development:** The Court will STAY ruling on this motion until trial, where it will be addressed as to each witness on a question-by-question basis.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 7, 2019.

Marsha J. Pechman
United States Senior District Judge